# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**ANTHONY H. WILLIAMS,**
    **Plaintiff,**

    v.                                                    **Case No. 16-CV-614**

**LORA BLASIUS et al.,**
    **Defendants.**

## ORDER

Plaintiff moves for clarification. He states that under the informal service agreement as described in the Screening Order, he was to send all documents to the Clerk of Court to be served upon the defendants. He also states that the Federal Rules of Civil Procedure provide that he should send all discovery requests to defendants. Plaintiff seeks clarification on which instructions to follow. In addition, plaintiff states that he already filed his exhibits with the court and the defendants quoted them in their answer. He asks whether he has to resend them in order for them to be considered admissible discovery evidence.

Plaintiff is advised that any court filing—such as a brief, declaration, or motion—should be sent to the Clerk of Court for service on defendants. As each filing will be electronically scanned and entered on the docket upon receipt by the Clerk, plaintiff need not otherwise provide copies to defendants.

Plaintiff is further advised that, in general, parties engaged in discovery must communicate and exchange information directly, rather than through the court. Specifically, "disclosures under Rule 26(a)(1) or (2) and the following discovery requests and responses *must not be filed until they are used in the proceeding or the court*

*orders filing*: depositions, interrogatories, requests for documents or tangible things . . . , and requests for admission." Fed. R. Civ. P. 5(d) (emphasis added). Thus, plaintiff should serve his discovery requests and responses on defendants' counsel by mail or other appropriate means and only file them with the court if and when appropriate.

**THEREFORE, IT IS ORDERED** that plaintiff's motion for clarification (Docket No. 78) is **GRANTED**.

Dated at Milwaukee, Wisconsin, this 20th day of March, 2018.

s/Lynn Adelman<br>
LYNN ADELMAN<br>
United States District Judge